# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES, LTD., :<br>    Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 08-4786 |
| ASTRAZENECA PHARMACEUTICALS LP and IPR : <br>PHARMACEUTICALS, INC., : <br>    Defendants. : | |

## Order

**AND NOW** on this 24th day of August 2009, upon consideration of defendants AstraZeneca Pharmaceuticals, LP and IPR Pharmaceuticals, Inc.'s motion to transfer venue (Doc. No. 32), plaintiff's response thereto, defendants' reply, and plaintiff's surreply, **IT IS HEREBY ORDERED** that defendants' motion is **DENIED.**

                                              s/ William H. Yohn Jr., Judge
                                              William H. Yohn Jr., Judge