# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES, LTD.,     Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP and IPR PHARMACEUTICALS, INC.,     Defendants. | CIVIL ACTION<br><br>NO. 08-4786 |

## Order

**AND NOW** on this 27th day of August 2009, upon consideration of defendants AstraZeneca Pharmaceuticals, LP and IPR Pharmaceuticals, Inc.'s motion to strike plaintiff's jury demand (Doc. No. 33), plaintiff's response thereto, and defendants' reply, **IT IS HEREBY ORDERED** that defendants' motion is **DENIED.**

                                                                                  s/ William H. Yohn Jr., Judge
                                                                                   William H. Yohn Jr., Judge