IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD. | : CIVIL ACTION : : |
| vs. | : : |
| ASTRAZENECA PHARMACEUTICALS LP, ET AL. | : : NO. 08cv4786 |

O R D E R

**AND NOW**, this 13th day of December, 2010, upon consideration of Defendants' Motion for a Finding of an Exceptional Case and an Award of Attorney Fees (Document No. 95), plaintiff's response and defendants' reply, and the plaintiff having filed an appeal to the U.S. Court of Appeals for the Third Circuit, **IT IS HEREBY ORDERED** that the motion is **DENIED** without prejudice to the right of the defendants to renew the same on the current papers by letter request after disposition of the appeal by the Third Circuit.

                                                                       s/William H. Yohn Jr.
                                                                       William H. Yohn Jr., Judge