IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES LTD., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 08-4786 |
| | : | |
| ASTRAZENECA PHARMACEUTICALS LP and IPR PHARMACEUTICALS, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 26th day of July, 2012, upon consideration of the motion for attorney fees filed by AstraZeneca Pharmaceuticals LP and IPR Pharmaceuticals, Inc. (collectively, "AstraZeneca") under 35 U.S.C. § 285 (document no. 95), the response of Teva Pharmaceutical Industries Ltd. ("Teva"), AstraZeneca's reply, AstraZeneca's letter of January 12, 2012, requesting renewal of the motion, and Teva's letter of January 18, 2012, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge